RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbrb.com, tma@lnbrb.com; kjm@lnbrb.com

Proposed Counsel for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CASTELLINO VILLAS, A K.F LLC,<br>a California limited liability company,<br><br>Debtor and Debtor in Possession. | Case No. 2:09-bk-29228-ER<br><br>Chapter 11<br><br>**DECLARATION OF NON-OPPOSITION RE: APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS BANKRUPTCY COUNSEL PURSUANT TO §§ 327 AND 330**<br><br>[No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

## DECLARATION OF TODD M. ARNOLD

I, TODD M. ARNOLD, declare as follows:

1.    I am over 18 years of age.  I have personal knowledge of the facts set forth below, and, if called to testify, could and would competently testify thereto.

1

2

3

4

2.      I am an attorney licensed to practice law in the State of California, and before, among other courts, the United States District Court and the Bankruptcy Court for the Central District of California.

5

6

7

3.      I am an attorney with the law firm of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB"), proposed general bankruptcy counsel to Castellino Villas, A K.F LLC, the debtor and debtor in possession herein (the "Debtor").

8

9

10

11

4.      On August 6, 2009, the Debtor filed and served its application (the "Application") to employ LNBRB as the Debtor's bankruptcy counsel.  A true and correct copy of the Application is attached hereto as Exhibit "1."

12

13

5.      Also on August 6, 2009, the Debtor filed and served its notice of the Application (the "Notice"). A true and correct copy of the Notice is attached hereto as Exhibit "2."

14

15

16

6.      More than fifteen (15) days have passed since the Notice and Application were filed and served, and this office has received neither an opposition to the Application nor a request for a hearing on the Application.

17

18

19

7.      Based on the foregoing, LNBRB respectfully requests that the Court enter the concurrently filed order approving the Application.

20

I declare under penalty of perjury that the foregoing is true and correct.

21

Executed this 24th day of August 2009, at Los Angeles, California.

22

23

24

*/s/ Todd M. Arnold*    
TODD M. ARNOLD

25

26

27

28

# EXHIBIT "1"

1  RON BENDER (SBN 143364)
   TODD M. ARNOLD (SBN 221868)
2  KRIKOR J. MESHEFEJIAN (SBN 255030)
3  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone: (310) 229-1234
5  Facsimile: (310) 229-1244
6  Email: rb@lnbrb.com, tma@lnbrb.com; kjm@lnbrb.com

7  Proposed Counsel for Debtor and Debtor in Possession

8
9                 UNITED STATES BANKRUPTCY COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                   LOS ANGELES DIVISION

12

13  In re:                              )  Case No. 2:09-bk-29228-ER
                                        )
14  CASTELLINO VILLAS, A K.F LLC,       )  Chapter 11
15  a California limited liability company,  )
                                        )
                                        )
16                                      )  APPLICATION   OF   DEBTOR   AND
            Debtor and Debtor in Possession.  )  DEBTOR IN POSSESSION TO EMPLOY
17                                      )  LEVENE, NEALE, BENDER, RANKIN &
18                                      )  BRILL   L.L.P.   AS   BANKRUPTCY
                                        )  COUNSEL PURSUANT TO 11 U.S.C. §§
19                                      )  327 AND 330; DECLARATION OF RON
                                        )  BENDER, ESQ. IN SUPPORT THEREOF
20                                      )
21                                      )  [No Hearing Required – Local Bankruptcy
                                        )  Rule 2014-1(b)]
22                                      )
                                        )
23                                      )
                                        )
24                                      )
                                        )
25                                      )
                                        )
26                                      )
27  _____ )

28

EXHIBIT __1__

Castellino Villas, a K.F. LLC, a California limited liability company, Chapter 11 debtor and debtor in possession herein (the "Debtor"), hereby submits this application (the "Application") for Court approval of its employment of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB") as bankruptcy counsel upon the terms and conditions described below. In support of this Application, the Debtor respectfully represents as follows:

A.   Case Background

1.      The Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") on July 24, 2009 (the "Petition Date"). The Debtor continues to operate its business, manage its financial affairs and operate its bankruptcy estate as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.      The Debtor is wholly owned by Campbell Corners Limited Partnership I, a Michigan limited partnership ("Campbell Corners"), which is also a chapter 11 debtor and debtor in possession in a case pending before this Court (Case No. 2:09-bk-29222-ER). In turn, Campbell Corners is owned by Siena Villas, a K.F. LLC ("Siena") and EL II Properties Trust u/d/t Dated July 1, 1983 (the "El II Trust"). Siena is Campbell Corners's general partner and owns 99% of Campbell Corners. Robert C. Kopple is a tax attorney and has extensive experience in the acquisition, development and management of commercial and multi-family real property. Kopple owns 99% of Siena and manages Siena. The remaining 1% of Siena is owned by Kopple Financial Inc. The El II Trust is Campbell Corners's limited partner and owns 1% of Campbell Corners. Mr. Kopple is the trustee and a beneficiary of the El II Trust.

3.      The Debtor was formed for the purpose of obtaining financing, developing, marketing and renting out the real property located at 3300 Renwick Avenue, in Elk Grove,

California, upon which the Debtor built a modern 120 unit apartment building commonly known as Castellino Villas (the "Property"). The Property is managed by a third-party manager, FPI Management, Inc. ("FPI"). The Property is currently 84% occupied and generates monthly net operating income of approximately $80,000. The Debtor believes that the Property has a fair market value of approximately $14 million and that the Property is not declining in value.

4.     In or about May 2004, the Debtor entered into a loan agreement with Washington Mutual, pursuant to which the Debtor obtained a loan from Washington Mutual. The Debtor subsequently refinanced the Washington Mutual loan through Bank of the West (the "Bank"). The Debtor currently owes the Bank approximately $13 million (the "Loan"), which is secured by a first trust deed on the Property. The Loan matured on March 5, 2009. Since that time the Debtor has been paying interest only at the original contract rate of the prime rate plus .25% (currently 3.50%), not the default contract rate of 8.5%. Prior to the Debtor's bankruptcy filing, the Bank commenced foreclosure proceedings against the Property.

5.     In addition to the Bank's trust deed, the property is encumbered by mechanic's liens securing approximately $1.75 million in alleged claims. The Debtor does not believe that any of the mechanic's lien holders have interests in the Debtor's cash collateral.

6.     The Property was constructed by Picerne Construction dba Camelback Construction ("Picerne") pursuant to a construction agreement entered into by and between the Debtor and Picerne on or about May 20, 2004. Construction commenced in or about June 2004 and was substantially completed in or about August 2006. Nevertheless, Picerne was late in completing construction of the Property causing substantial damage to the Debtor's

3

1    ability to generate income from, and obtain permanent financing for, the Property.

2    Additionally, during the winter season of 2006, while the Property was being built, the

3    Property was heavily damaged by a rain storm, thus further delaying the completion and

4    income generation of the Property.

5

6    7.    On or about October 10, 2006, the Debtor commenced litigation against

7    Picerne, various subcontractors to the project, and the Debtor's risk surety which had denied

8    the Debtor's water damage claim (the "Debtor's Complaint") in the Superior Court of

9    California, County of Sacramento (the "State Court"), Case No. 06AS04361. The Debtor

10   asserted causes of action against Picerne for monies due and offsets as a result of the poor

11   quality of Picerne's work, Picerne's failure to timely complete construction of the Property

12   and Picerne's failure to maintain an active contractor's license at all times it performed work

13   on the Property. The Debtor also asserted claims for fraud and misrepresentation against

14   Picerne arising out of Picerne's promises to complete construction of the Property timely.

15

16   8.    On or about September 25, 2006, Picerne filed an arbitration demand with the

17   American Arbitration Association against the Debtor related to the Debtor's refusal to pay

18   Picerne for work that was incorrectly and untimely performed. In lieu of arbitration, the

19   litigation of the Debtor's Complaint in the State Court and other related litigation were stayed.

20   On or about March 11, 2009 Picerne obtained an interim arbitration award against the Debtor.

21   On or about May 11, 2009, Picerne obtained a final arbitration award against the Debtor. The

22   net result of the foregoing was an award in favor of Picerne and against the Debtor for

23   approximately $2.9 million (the "Arbitration Award"). Thereafter, the Debtor moved in the

24   State Court to vacate the Arbitration Award due to the arbitrator's failure to disclose

25   information related to the arbitrator's affiliation with Picerne's counsel of record. Though the

26

27

28

4

1  State Court denied the Debtor's motion to vacate the Arbitration Award, the Debtor heavily

2  disputes the Arbitration Award on both procedural and substantive grounds and will seek to

3  fully enforce its rights and remedies against Picerne.

4

5       9.     Because of costly litigation with Picerne, the sharp decline in the economy

6  which has stifled the demand for apartments and the Debtor's ability to obtain maximum

7  occupancy of the Property or charge higher rent, and the Debtor's inability to obtain

8  permanent financing due to mechanics' liens being recorded on the Property, the Debtor was

9  unable to meet its obligations of paying off the matured Loan to the Bank in March 2009, and

10  the Bank commenced foreclosure proceedings against the Property.

11

12       10.    As a result of the Bank's pending foreclosure proceedings against the Property

13  and the imposition of the Arbitration Award, the Debtor made a business decision to file for

14  bankruptcy protection so as to afford the Debtor the opportunity to reorganize its financial

15  affairs.

16  B.    Employment of Bankruptcy Counsel

17

18       11.    As a debtor in a Chapter 11 bankruptcy case, the Debtor requires the services

19  of bankruptcy counsel. The Debtor has decided that LNBRB is the ideal bankruptcy counsel

20  to represent the Debtor taking into account firm size, experience, skill level and cost. In that

21  regard, the Debtor seeks to employ LNBRB as its bankruptcy counsel, at the expense of the

22  Debtor's bankruptcy estate, and to have the Debtor's employment of LNBRB be deemed

23  effective as of the Petition Date.

24

25       12.    The Debtor seeks to employ LNBRB as its bankruptcy counsel to render,

26  among others, the following types of professional services:

27

28

a.    advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor;

b.    advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;

c.    representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel;

d.    conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBRB's expertise or which is beyond LNBRB's staffing capabilities;

e.    preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business;

f.    representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral;

6

g.     assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and

h.     performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.

13.     LNBRB is comprised of attorneys who specialize in and limit their practice to matters of insolvency, reorganization and bankruptcy law and is well qualified to represent the Debtor. All attorneys comprising or associated with LNBRB are admitted to practice law in the California courts and in the United States District Court for the Central District of California. A copy of LNBRB's firm resume is attached as Exhibit "A" to the Declaration of Ron Bender, Esq. (the "Bender Declaration") annexed hereto.

14.     LNBRB will bill its time for its representation of the Debtor on an hourly basis in accordance with LNBRB's standard hourly billing rates. A listing of the current hourly billing rates for each of LNBRB's attorneys is attached as Exhibit "B" to the Bender Declaration annexed hereto. LNBRB will seek reimbursement of expenses in accordance with the rates set forth in the guidelines promulgated by the Office of the United States Trustee. The Debtor expects that Ron Bender, Esq. will be the primary attorney at LNBRB responsible for the representation of the Debtor during its Chapter 11 case.

15.     Because LNBRB's practice is limited exclusively to matters of bankruptcy, insolvency and reorganization law, the services provided by LNBRB do not include the rendition of substantive legal advice outside of these areas such as corporate, tax, securities, tort, environmental, labor, criminal, real estate law or real estate litigation. LNBRB will not be required to represent or advise the Debtor in matters which LNBRB believes are beyond

7

LNBRB's expertise such as the areas of law just described. In addition, LNBRB will not be required to represent the Debtor in matters where LNBRB determines that it lacks the ability to staff the matter adequately, such as in certain, major complex litigation.

16.    During the one-year period prior to its Chapter 11 filing, the Debtor paid the total sum of $100,000 (the "Retainer") to LNBRB for legal services in contemplation of and in connection with the Debtor's Chapter 11 case, exclusive of the Debtor's $1,039 Chapter 11 bankruptcy filing fee. The Debtor advised LNBRB that the source of the Retainer was the Debtor's funds which the Debtor obtained from a loan from Mr. Kopple or an affiliate of his.

17.    LNBRB negotiated the amount of the Retainer with the Debtor based upon a number of factors including, but not limited to, the size and complexity of the Debtor's case, the time that LNBRB expects to put forth in the Debtor's case, the limited amount of funds the Debtor had at the time of its bankruptcy filing, and the expected availability of funds to pay LNBRB's fees and expenses incurred in excess of the Retainer.

18.    LNBRB has not been paid any money by the Debtor at any time other than the Retainer. LNBRB has not received any lien or other interest in property of the Debtor or of any third party to secure payment of LNBRB's fees or expenses.

19.    The unused portion of the Retainer remaining at the time of the Debtor's bankruptcy filing is an advanced fee payment retainer which will be maintained in a segregated trust account. To assist LNBRB with its own cash flow needs, LNBRB requests Court authority to draw down against the remaining Retainer on a post-petition basis for all fees and expenses incurred during the Debtor's Chapter 11 case.

20.    In addition to the Retainer, LNBRB will seek Court authority to be paid from the Debtor's estate for any and all fees incurred and expenses advanced by LNBRB in excess

8

of the Retainer.  LNBRB recognizes that the payment of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

21.    LNBRB has not shared or agreed to share its compensation for representing the Debtor with any other person or entity, except among its members.

22.    LNBRB will provide monthly billing statements to the Debtor that will set forth the amount of fees incurred and expenses advanced by LNBRB during the previous month.

23.    LNBRB understands the provisions of 11 U.S.C. Sections 327, 330 and 331 which require, among other things, Court approval of the Debtor's employment of LNBRB as bankruptcy counsel and of all legal fees and reimbursement of expenses that LNBRB will receive from the Debtor and the Debtor's estate.

24.    LNBRB is not a creditor, an equity security holder or an insider of the Debtor.

25.    LNBRB does not have any previous connection with any insider of the Debtor or any insider of an insider of the Debtor.

26.    LNBRB is not and was not an investment banker for any outstanding security of the Debtor.  LNBRB has not been within three years before the Petition Date an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

27.    Neither LNBRB nor any member of LNBRB is, nor was, within two years before the Petition Date, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

28.    As set forth in the annexed Bender Declaration, to the best of LNBRB's knowledge, LNBRB does not hold or represent any interest materially adverse to the interest

9

1  of the estate or of any class of creditors or equity security holders, by reason of any direct or

2  indirect relationship to, connection with, or interest in, the Debtor or an investment banker for

3  any security of the Debtor, or for any other reason.

4

5       29.     As set forth in the annexed Bender Declaration, to the best of LNBRB's

6  knowledge, LNBRB does not hold or represent any interest materially adverse to the Debtor or

7  the Debtor's estate, and LNBRB is a "disinterested person" as that term is defined in Section

8  101(14) of the Bankruptcy Code. Also, to the best of LNBRB's knowledge, other than as set

9  forth in the annexed Declaration of Ron Bender, Esq., LNBRB has no prior connection with

10 the Debtor, any creditors of the Debtor or its estate, or any other party in interest in this case,

11

12 or its respective attorneys or accountants, the United States Trustee or any person employed

13 by the United States Trustee.

14

15

16

17

18

19

20

21

22

23 / / /

24 / / /

25 / / /

26

27

28

10

30.   The Debtor believes that its employment of LNBRB upon the terms and conditions set forth above is in the best interest of the Debtor's estate.

**WHEREFORE,** the Debtor respectfully requests that the Court approve the Debtor's employment of LNBRB as its bankruptcy counsel upon the terms and conditions set forth above.

Dated: August 5, 2009                              CASTELLINO VILLAS, a K.F. LLC
                                                   a California limited liability company


                    _Kathleen Kuhn_
                                                   KATHLEEN KUHN
                                                   Authorized Representative


Submitted By:
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.


By:_____
        RON BENDER
        TODD M. ARNOLD
        KRIKOR J. MESHEFEJIAN
        LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
        Proposed Attorneys for Debtor and Debtor in Possession

1

## DECLARATION OF RON BENDER, ESQ.

2

I, RON BENDER, ESQ., HEREBY DECLARE AS FOLLOWS:

3

4

5

1.    I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

6

7

8

9

10

11

2.    I am a partner of the law firm of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB"). I am an attorney licensed to practice law in the State of California, in the United States District Court and the Bankruptcy Courts for the Southern, Central, Northern and Eastern Districts of California, and in the United States Court of Appeals for the Ninth Circuit.

12

13

14

15

16

17

3.    LNBRB is comprised of attorneys who specialize in and limit its practice to matters of insolvency, reorganization and bankruptcy law.    All attorneys comprising or associated with LNBRB are admitted to practice law in the California courts and in the United States District Court for the Central District of California.    Attached hereto as Exhibit "A" is a copy of LNBRB's resume.

18

19

20

21

22

23

24

4.    Castellino Villas, a K.F. LLC, a California limited liability company, Chapter 11 debtor and debtor in possession herein (the "Debtor"), commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") on July 24, 2009 (the "Petition Date").    The Debtor continues to operate its business, manage its financial affairs and operate its bankruptcy estate as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

25

26

5.    The Debtor has requested LNBRB to serve as its bankruptcy counsel in connection with its pending Chapter 11 bankruptcy case.

27

28

12

6.     LNBRB has agreed to represent the Debtor as its bankruptcy counsel to render such ordinary and necessary legal services as may be required in connection with the Debtor's Chapter 11 case including, but not limited to:

a.     advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor;

b     advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;

c.     representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel;

d.     conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBRB's expertise or which is beyond LNBRB's staffing capabilities;

e.     preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business;

f.     representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and

13

seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral;

g.     assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and

h.     performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.

7.     LNBRB will bill its time for its representation of the Debtor on an hourly basis in accordance with LNBRB's standard hourly billing rates. A listing of the current hourly billing rates for each of LNBRB's attorneys is attached hereto as Exhibit "B." LNBRB will seek reimbursement of expenses in accordance with the rates set forth in the guidelines promulgated by the Office of the United States Trustee. I expect that I will be the primary attorney at LNBRB responsible for the representation of the Debtor during its Chapter 11 case.

8.     Because LNBRB's practice is limited exclusively to matters of bankruptcy, insolvency and reorganization law, the services provided by LNBRB do not include the rendition of substantive legal advice outside of these areas such as corporate, tax, securities, tort, environmental, labor, criminal, real estate law or real estate litigation. LNBRB will not be required to represent or advise the Debtor in matters which LNBRB believes are beyond LNBRB's expertise such as the areas of law just described. In addition, LNBRB will not be required to represent the Debtor in matters where LNBRB determines that it lacks the ability to staff the matter adequately, such as in certain, major complex litigation.

14

1   9.   During the one-year period prior to its Chapter 11 filing, the Debtor paid the

2   total sum of $100,000 (the "Retainer") to LNBRB for legal services in contemplation of and

3   in connection with the Debtor's Chapter 11 case, exclusive of the Debtor's $1,039 Chapter 11

4   bankruptcy filing fee.  The Debtor advised LNBRB that the source of the Retainer was the

5
6   Debtor's funds which the Debtor obtained from a loan from Mr. Kopple or an affiliate of his.

7   10.   LNBRB negotiated the amount of the Retainer with the Debtor based upon a

8   number of factors including, but not limited to, the size and complexity of the Debtor's case,

9   the time that LNBRB expects to put forth in the Debtor's case, the limited amount of funds

10  the Debtor had at the time of its bankruptcy filing, and the expected availability of funds to

11
12  pay LNBRB's fees and expenses incurred in excess of the Retainer.

13  11.   LNBRB has not been paid any money by the Debtor at any time other than the

14  Retainer.  LNBRB has not received any lien or other interest in property of the Debtor or of a

15  third party to secure payment of LNBRB's fees or expenses.

16  12.   The unused portion of the Retainer remaining at the time of the Debtor's

17
18  bankruptcy filing is an advanced fee payment retainer which will be maintained in a

19  segregated trust account.  To assist LNBRB with its own cash flow needs, LNBRB requests

20  Court authority to draw down against the remaining Retainer on a post-petition basis for all

21  fees and expenses incurred during the Debtor's Chapter 11 case.

22  13.   In addition to the Retainer, LNBRB will seek Court authority to be paid from

23  the Debtor's estate for any and all fees incurred and expenses advanced by LNBRB in excess

24
25  of the Retainer.   LNBRB recognizes that the payment of any such additional fees and

26  expenses will be subject to further Court order after notice and a hearing.

27

28

1    14.    LNBRB has not shared or agreed to share its compensation for representing the

2    Debtor with any other person or entity, except among its members.

3    15.    LNBRB will provide monthly billing statements to the Debtor that will set

4
5    forth the amount of fees incurred and expenses advanced by LNBRB during the previous

6    month.

7    16.    LNBRB understands the provisions of 11 U.S.C. Sections 327, 330 and 331

8    which require, among other things, Court approval of the Debtor's employment of LNBRB as

9    bankruptcy counsel and of all legal fees and reimbursement of expenses that LNBRB will

10    receive from the Debtor and the Debtor's estate.

11
12    17.    LNBRB is not a creditor, an equity security holder or an insider of the Debtor.

13    18.    LNBRB does not have any connection with any insider of the Debtor or any

14    insider of an insider of the Debtor.

15    19.    LNBRB is not and was not an investment banker for any outstanding security

16    of the Debtor.  LNBRB has not been within three years before the Petition Date an investment

17
18    banker for a security of the Debtor, or an attorney for such an investment banker in connection

19    with the offer, sale or issuance of any security of the Debtor.

20    20.    Neither LNBRB nor any member of LNBRB is, nor was, within two years

21    before the Petition Date, a director, officer or employee of the Debtor or of any investment

22    banker for any security of the Debtor.

23    21.    To the best of my knowledge, LNBRB does not hold or represent any interest

24
25    materially adverse to the interest of the estate or of any class of creditors or equity security

26    holders, by reason of any direct or indirect relationship to, connection with, or interest in, the

27    Debtor or an investment banker for any security of the Debtor, or for any other reason.

28

22.    To the best of my knowledge, LNBRB does not hold or represent any interest materially adverse to the Debtor or the Debtor's estate, and LNBRB is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code. Also, to the best of my knowledge, other than as set forth immediately below, LNBRB has no prior connection with the Debtor, any creditors of the Debtor or its estate, or any other party in interest in this case, or its respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee. I have known Mr. Kopple for a number of years, and I believe that over the years I have periodically consulted with and/or represented clients of Mr. Kopple. However, to the best of my knowledge, LNBRB has at no time ever represented the Debtor, Mr. Kopple, or any affiliate of either the Debtor or of Mr. Kopple.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 5th day of August, 2009, at Century City, California.

RON BENDER, ESQ., Declarant

17

# EXHIBIT A



LAW OFFICES
**LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.**
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

## 2009

Partners

DAVID W. LEVENE, born March 24, 1945, New York, New York. Business and Professional Experience: July, 1974 to Present, attorney who has limited his practice primarily to matters of bankruptcy, insolvency, business reorganization and commercial financing transactions. Education and Honors: University of Southern California, B.S., cum laude, Business Administration, 1967; University of Southern California, M.B.A., finance and marketing, 1968; Loyola University of Los Angeles, J.D. magna cum laude, 1974. Bar Admissions: California, United States District Court for the Southern, Central, Eastern and Northern Districts of California; and U.S. Court of Appeals, Ninth Circuit. Professional Memberships and Associations: Los Angeles County (member: Executive Committee, Commercial Law and Bankruptcy Section, 1982-1987; Bankruptcy Subcommittee, 1981-1987); Chairman of the Bankruptcy Section of Beverly Hills Bar Association, 1988, 1989; Federal and American Bar Associations; The State Bar of California; Financial Lawyers Conference; American Bankruptcy Institute; Commercial Law League of America; and Turnaround Management Association. Guest Lecturer: Frost & Sullivan, Inc., "Loan Workouts, LBOs and Bankruptcy"; The Banking Law Institute, "Loan Workout, Restructure and Bankruptcy"; Drexel Burnham Lambert, "Chapter 11"; Financial Lawyers Conference, "Fraudulent Conveyances"; Los Angeles Bankruptcy Forum, "Out of Court Reorganizations"; Orange County Bankruptcy Forum, "Restructuring Financially Troubled Businesses"; Jewelers Board of Trade, "Consignment Issues in Bankruptcy"; Turnaround Management Association, Fall, "Case Study on Representation of Debtor in Out of Court Workouts and Chapter 11"; National Conference of the Turnaround Management Association, "Gaining Confidence of Lenders and Creditors in Workouts and Restructurings"; Young Presidents' Organization National Conference, "Acquisition and Investment Opportunities in Bankruptcy Reorganization Cases"; The Counselors of Real Estate Convention, "Chapter 11 and the Role of the Real Estate Advisor"; Association of Insolvency Accountants: Valuation Conference, "Valuation Issues in Chapter 11 Cases", Moderator of seminar on "Workouts" sponsored by Orange Country Bankruptcy Forum, "Role of Appraisers in Bankruptcy & Reorganization Cases" presented at convention of American Society of Appraisers 1998, and guest lecturer on "Workouts and Restructuring" presented nationally by Fulcrum Information Services. Twice included in annual list of "100 most prominent business attorneys practicing in Los Angeles County" in Los Angeles Business Journal's annual list of "Who's Who

in Law and Accounting" (February 1995 and February 1996 editions). Named a "Southern California Super Lawyers" in a 2006 poll of his peers.

DAVID L. NEALE ("DLN") received his B.A., Summa Cum Laude from Princeton University in 1984); his J.D. from Columbia University School of Law in 1987). He was admitted to the New York Bar, in 1988; and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989; admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988; and admitted to the Central, Eastern, Northern and Southern Districts of California in 1989. Mr. Neale has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah and Florida. He is a Member of the American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar Association, Beverly Hills Bar Association, Financial Lawyers' Conference, Association of Trial Lawyers of America, Turnaround Management Association, and the Commercial Law League of America. Mr. Neale is the author of "Bankruptcy and Contractual Relations in the Entertainment Industry-- An Overview," 1990 Entertainment, Publishing and the Arts Handbook; "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," 1992 - 1993 Entertainment, Publishing and the Arts Handbook; "SEC Actions and Stays," *National Law Journal,* 2002; and "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003. He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine and the *California Real Estate Journal* on bankruptcy topics. Mr. Neale has appeared as a speaker on the following topics before the following organizations: "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998; "Litigation Issues in Bankruptcy," Business Torts - An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998; "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998;"The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001. He has appeared as a panelist, addressing issues relating to "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars, 2001 and "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003. "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008. Mr. Neale serves on the Board of Directors of the Financial Lawyers Conference and AIDS Project Los Angeles. Since 2005, Mr. Neale has consistently been named by Los Angeles Magazine as one of its 100 "Super Lawyers" in the bankruptcy field.

RON BENDER, born Los Angeles, California, July 22, 1964; admitted to California Bar, 1989. Admitted to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit. He is a founding and co-managing partner of the firm. With a large and diverse practice he has successfully reorganized numerous companies and restructured the financial affairs of many individuals. He is widely regarded as a highly creative, results oriented bankruptcy attorney who is able to tackle complex problems and develop and implement creative solutions. He has been listed by "Super Lawyers" as one of the top 100 lawyers in Southern California. Mr. Bender received his undergraduate degree in finance from the prestigious Wharton School of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S., summa cum

laude), and then obtained his law degree from Stanford University Law School in 1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court. Since graduating from law school, Mr. Bender has worked solely in the area of bankruptcy, insolvency and business reorganization, and has developed one of the largest bankruptcy practices in Southern California, including in the representation of debtors, creditors' committee, creditors, and purchasers of businesses. Mr. Bender's incredibly broad Chapter 11 debtor experience includes the representation of Bodies in Motion (a chain of fitness facilities which was sold for approximately $10 million); Small World Toys (a toy company which was sold for approximately $16 million); Intervisual (a children's book company which was sold for approximately $10 million); LightPointe Communications (a manufacturer of wireless networking equipment which was successfully reorganized); Nicola (a large olive importer and distributor which was successfully reorganized); Krispy Kreme (an owner and operator of Krispy Kreme Doughnut Stores whose case is currently pending); Pleasant Care (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million which was sold for approximately $17 million); Aura Systems (a publicly traded manufacturer of a mobile power generator which successfully reorganized); Sega GameWorks (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, which was sold for approximately $8 million); Alliant Protection Services, (a commercial and residential alarm services company with 16,000 customers, which was sold for $14.5 million); The Walking Company (a national chain of 101 retail stores selling specialty shoes and footwear, which was reorganized involving $22 million of cash, debt and stock); Gadzoox Networks (a publicly traded company engaged in the business of providing networking infrastructure for storage and data management, where one division was sold for $8.5 million and the balance of the company was reorganized); State Line Hotel, State Line Casino, Jim's Enterprises (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino, which were sold for $55 million); Management Action Programs (a management consulting firm that was reorganized); Easyrider and Paisano Publications (publicly traded publishers of thirteen national magazines catering to the motorcycle and tattoo markets, which was sold for $12.3 million); Clifford Electronics (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, which was sold for $20 million); Chorus Line Corporation and California Fashions Industries (one of the largest apparel companies in the country with annual sales of $500 million, in a Chapter 11 liquidation); Avus (a distributor of computer systems with sales of in excess of $100 million, which was sold); A.J. Markets (chain of supermarkets sold for $5 million); Trancas Town (owner of 35 acres of raw developable land in Malibu, California that reorganized); Association of Volleyball Professionals (professional beach volleyball league sold in Chapter 11); Louise's Trattoria (chain of 16 Italian food restaurants with $30 million in annual revenue sold in Chapter 11 for $7 million); Westward Ho Markets (a supermarket chain with $50 million of annual revenue and $20 million of debt which was restructured through a confirmed Chapter 11 reorganization plan); Special Effects Unlimited (one of the largest providers of special effects in the movie industry which was restructured through a confirmed Chapter 11 reorganization plan); Santa Barbara Aerospace (a heavy aircraft maintenance facility located at the former Norton Air Force base in San Bernardino, California, which was restructured and sold); Manchester Center (a 1.5 million square foot shopping center in Fresno, California which was sold for $25 million); Marbella Golf and County Club (which is a golf and country club located in San Juan Capistrano which was reorganized); Southwest Hospital (an acute care hospital

3

located in Riverside which was reorganized); Servall Packaging Industries (a contract packaging company which was sold); Polaris Networks (a telecommunications networks and software company which successfully reorganized); and Prestige Products (a distributor of aftermarket automobile accessories which was sold). Mr. Bender's representation of creditors' committees includes the representation of the creditors' committees in the Chapter 11 bankruptcy cases of Trigem America (a wholly-owned subsidiary of one of the largest computer manufacturers in the world located in Korea) and Robinson Golf Holdings (the owner of a large golf resort development project).

CRAIG M. RANKIN, a name partner at Levene, Neale, Bender, Rankin & Brill L.L.P. since 1998, focuses on bankruptcy, insolvency and reorganization cases involving family and closely-owned mid-market businesses. He has amassed more than a decade of bankruptcy law experience applying comprehensive finance and accounting knowledge to resolve problems. Mr. Rankin is a graduate of the University of Wisconsin majoring in philosophy, English and accounting and an honor graduate of Marquette University School of Law. Mr. Rankin was the recipient of the American Jurisprudence Award in a school-record 9 classes during his stay at Marquette. He also passed the Certified Public Accountant's exam while in law school. He and his partner won the Marquette Moot Court competition and represented Marquette in the National Moot Court competition. Mr. Rankin was a faculty member of the University Law School in Menlo Park in 1995. Since 2000, he has written quarterly columns for the National Law Journal as their resident bankruptcy expert. Notably, he represented the debtor in the Chardonnay Golf Club bankruptcy case; Mervyn Adelson, former owner of Lorimar Studios; and Stan Lee Media.

MARTIN J. BRILL. Mr. Brill has devoted his over 30 years of practice exclusively to bankruptcy, insolvency and business reorganizations, with particular emphasis on complex reorganizations of publicly-held companies in a wide range of industries. Mr. Brill's expertise in the interplay between bankruptcy and securities laws has led to the successful reorganization of numerous publicly-held corporations and privately-held corporations desiring to go public, including Prism Entertainment Corporation (involving a reverse merger of the publicly-held film producer, Prism, with a privately-owned video retailer), Geo Petroleum, Inc., (successful Chapter 11 of publicly-held oil and gas company), Video City, Inc., (successful Chapter 11 for video retailer with over 75 locations involving issuance of securities for debt), and American Blood Institute, Inc. (successfully raised over $1.2 million through complex debtor financing, allowing company to emerge as publicly-held plasma company, SeraCare, Inc.). Mr. Brill also has represented debtors, creditors, trustees, plan proponents, asset purchasers and creditors committees in a wide variety of diverse chapter 11 reorganization cases. For example, Mr. Brill was lead counsel in representing the chapter 11 debtor in Gateway Computer Systems (a multi-store retailer of computers and related equipment), the chapter 11 debtor in Primedex Health Systems, Inc. (successful pre-packaged plan confirmed in less than 45 days for diagnostic imaging company), as well as the chapter 11 debtors in the hospital reorganization cases for Chino Valley Medical Center, Canyon Ridge Hospital, Lincoln Hospital Medical Center and the official creditors committees in Fields Aircraft Spares, Inc. (aircraft parts distributor), New Star Media, Inc.(publishing company), Henry Mayo Newhall Memorial Hospital (hospital), Daewoo Motor America, Inc. (Daewoo automobile distributor in the U.S.), Intercare Health Systems, Inc. and Vista Hospital Systems, Inc.(hospitals). In addition, Mr. Brill has also handled numerous out-of-court workouts and restructurings, including the successful out-of-court debt restructuring

4

for Carolco Pictures, Inc. Mr. Brill was admitted to the California Bar in 1972. His educational background is as follows: University of California at Los Angeles (B.A., *cum laude*, 1969; J.D., 1972). Associate Editor U.C.L.A. Law Review, 1971-1972. Co-Author: "Collective Bargaining and Politics in Public Employment," 19 U.C.L.A. Law Review 887, 1972. He is a member of the State Bar of California and a member of the Beverly Hills, Century City, Los Angeles County (Member, Sections on: Commercial Law; Bankruptcy) and American Bar Associations. He is currently serving on the Executive Committee of the Bankruptcy Section of the Beverly Hills Bar Association (Chairman from 2002-2003) and served on the Board of Directors of the Los Angeles Bankruptcy Forum. He is a member of the Financial Lawyers Conference and has lectured to various trade groups and bar associations on bankruptcy and related topics.

DAVID B. GOLUBCHIK, born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996-1997). Member, American Bar Association, Los Angeles County Bar Association, Los Angeles Bankruptcy Forum. Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.

DANIEL H. REISS, partner of the firm, born April 19, 1962, Los Angeles, California. Business and Professional Experience: 1990 to present, primary practice areas of bankruptcy, insolvency, business reorganization and commercial litigation. Tax Accountant with KMPG Peat Marwick, 1983-1987; Certified Public Accountant. Education and Honors: California State University, Northridge, summa cum laude, B.S., Business Administration, 1984; University of Southern California, courses in Masters in Business Taxation program, 1986; Loyola of Los Angeles Law School, J.D., 1990; St. Thomas Moore Honor Society, 1988-90; Staff and Note Editor, Loyola of Los Angeles Law Review, 1988-1990; President of Phi Delta Phi legal honor fraternity. Bar Admissions: 1990 State of California, U.S. Federal District Court for the Southern, Central, Eastern and Northern Districts of California. Professional Memberships: California State Bar, Bankruptcy and Commercial Law Sections, Los Angeles Bankruptcy Forum, The Association for Corporate Growth. Lecturer: California Credit Managers Association, "Hostile Takeovers in Bankruptcy;" Credit and Financial Services Division of the National Association of Credit Managers, "Creditors' Revenge: Involuntary Bankruptcy Petitions;" Haight, Brown & Bonesteel, L.L.P., "So, You Want to Be a Millionaire?" Voted 2006 Southern California Super Lawyer.

MONICA YOUNG KIM, born Daejon, S. Korea, June 4, 1970; admitted to bar 1995, California. Education: University of California at Berkeley (B.A., 1991); Hastings College of the Law (J.D., 1995). Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995-96.

BETH ANN R. YOUNG, born Santa Monica, California, June 30, 1964; admitted to bar December, 1989, California. Admitted to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the

Ninth Circuit. Education: University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989). Member: American Bar Association, Century City Bar Association, Beverly Hills Bar Association, Financial Lawyers' Conference, and Los Angeles Bankruptcy Forum. Reported Decisions: San Paolo U.S. Holding Company v. 816 South Figueroa Company (1998) 62 Cal. App. 4th 1010, 1026; and Ziello v. First Federal Bank (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251. Presenter: "Domestic Partnerships in California: Important New Rules Affecting Creditors," October, 2004.

### Associates

JACQUELINE L. RODRIGUEZ is a senior counsel at Levene, Neale, Bender, Rankin & Brill L.L.P., where she specializes in corporate and individual insolvency, and business and bankruptcy litigation. A graduate of Loyola Marymount University, with an undergraduate degree in International Business, and the University of Southern California School of Law, Ms. Rodriguez was an extern to the Honorable John Ryan, United States Bankruptcy Court and the Bankruptcy Appellate Panel in 1997. She was admitted to the California Bar in 1998, and joined the firm in 2001. Her casework includes FAO Schwarz, Stan Lee Media, Britches of Georgetown, Inc., Alliant Protection Services, Inc., Franchise Pictures and Pleasant Care Corporation. She has also represented several celebrity clients in individual bankruptcy cases. The published author of several legal articles, Ms. Rodriguez is a member of the American Bar Association, the American Bankruptcy Institute, the Financial Lawyers Conference, the National Association of Trial Attorneys and the Hispanic National Bar Association. She was voted a "Rising Star" in Los Angeles Magazine's poll of Southern California best attorneys in 2006, 2007 and 2008 and is fluent in Spanish and French.

JULIET Y. OH, born Tenerife, Canary Islands (Spain), September 15, 1975; admitted to bar 2000, California. Education: Stanford University (B.A.1997), University of California, Los Angeles (J.D., 2000). Extern with the Office of the United States Trustee for the Central District of California, 1999. In addition to the State Bar of California, admitted to the U.S. Federal District Court for the Central, Southern, and Eastern Districts of California. Member, American Bar Association, Los Angeles County Bar Association.

TODD M. ARNOLD, born Sacramento, California, December 17, 1973. Admitted to the State Bar of California 2002. In addition to the State Bar of California, admitted to the U.S. District Court for all Districts of California. Education: University of California, Los Angeles (B.A. 1997), Loyola Law School, Los Angeles (J.D. 2002), *Order of the Coif.* Extern and Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge (2002-2003). Member, American Bar Association, Los Angeles County Bar Association, American Bankruptcy Institute and Financial Lawyers Conference.

MICHELLE SHARONI GRIMBERG, born and raised in Israel, was an associate at Loeb & Loeb and Bingham McCutchen, prior to her joining LNBRB. Ms. Grimberg specializes in complex business litigation arising before and during the bankruptcy reorganization process, in both state and federal court. Ms. Grimberg also has experience litigating and defending probate and labor and employment disputes. Ms. Grimberg graduated from University of California, Irvine, with a double major in Psychology and Criminology, with honors. She then attended

University of California Hastings College of the Law where she obtained her Law Degree. Ms. Grimberg was admitted to the California Bar in 2001.

ANTHONY A. FRIEDMAN was born in Los Angeles, California. He received his Juris Doctor degree from the University of La Verne School of Law and his Bachelor of Arts degree from the University of California at San Diego. Mr. Friedman primarily practices in the bankruptcy area and focuses on Trustee, Debtor and Creditor representation, as well as commercial litigation. Prior to joining Levene Neale Bender Rankin & Brill LLP, Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California, an associate at Weinstein, Eisen & Levine, Greenberg & Bass, Weintraub & Aver, LLP, and most recently, Moldo Davidson Fraioli Seror & Sestanovich LLP. Mr. Friedman is admitted to practice in the state courts of California the United States District Court for the Central District of California and the 9th Circuit Court of Appeals. Mr. Friedman practices in the areas of bankruptcy, commercial litigation and corporate transactions. Mr. Friedman is a member of the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyer's Conference, the Commercial Law League of America, and the San Fernando Valley Bar Association. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.

TANIA M. MOYRON, born, La Paz, Mexico. Admitted to Bar February 28, 2005, California. Education: University of California, San Diego (B.A., 1999); University of the Pacific, McGeorge School of Law (J.D., 2004). Experience: Student Extern (2004), Trial Law Clerk (2004-2005), and Appellate Law Clerk (2005-2006) to the Hon. Christopher M. Klein, U.S. Bankruptcy Judge, Eastern District of California, and Member, Bankruptcy Appellate Panel of the Ninth Circuit.

KRIKOR J. MESHEFEJIAN, born, Los Angeles, California. Admitted to California State Bar, January 2008. Education: University of California, Irvine (B.A., 2003); University of Illinois College of Law (J.D., 2007). Experience: Law Clerk to the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, October 2007 - January 2008; Law Clerk to the Honorable Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California, March 2008 - September 2008.

# EXHIBIT B

LAW OFFICES
**LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.**
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

**2009 HOURLY BILLING RATES**

| ATTORNEYS | RATE | |
|---|---|---|
| DAVID W. LEVENE | $ | 575.00 |
| MARTIN J. BRILL | | 575.00 |
| DAVID L. NEALE | | 575.00 |
| RON BENDER | | 575.00 |
| CRAIG M. RANKIN | | 575.00 |
| DANIEL H. REISS | | 525.00 |
| MONICA Y. KIM | | 525.00 |
| DAVID B. GOLUBCHIK | | 525.00 |
| BETH ANN R. YOUNG | | 525.00 |
| JACQUELINE L. RODRIGUEZ | | 475.00 |
| JULIET Y. OH | | 475.00 |
| MICHELLE S. GRIMBERG | | 425.00 |
| TODD M. ARNOLD | | 425.00 |
| ANTHONY A. FRIEDMAN | | 395.00 |
| TANIA M. MOYRON | | 325.00 |
| KRIKOR J. MESHEFEJIAN | | 295.00 |
| PARAPROFESSIONALS | | 195.00 |

| In re: | CHAPTER 11 |
|---|---|
| CASTELLINO VILLAS, A K.F LLC, Debtor(s). | CASE NUMBER 2:09-bk-29228-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 330; DECLARATION OF RON BENDER, ESQ. IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 6, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Ron Bender    rb@lnbrb.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Dare Law    dare.law@usdoj.gov
- Krikor J Meshefejian    kjm@lnbrb.com
- James A Tiemstra    jat@tiemlaw.com, sml@tiemlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 6, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Via Personal Attorney Service
The Hon. Ernest M. Robles
United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| In re: | | CHAPTER 11 |
|---|---|---|
| CASTELLINO VILLAS, A K.F LLC, | Debtor(s). | CASE NUMBER 2:09-bk-29228-ER |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 6, 2009 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

Castellino Villas, a K.F. LLC
File No. 4434
RSN

Castellino Villas, a K.F. LLC
11340 Olympic Blvd., #210
Los Angeles, CA 90064

Dare Law
U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Counsel to Bank of the West
James A. Tiemstra/Lisa Lenherr
Law Offices of James A. Tiemstra
Tribune Tower
409 Thirteenth Street, 15th Floor
Oakland, CA 94612

Counsel for Picerne
Meredith A. Jones/Scott Hennigh
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

Castellino Villas, a K.F. LLC
File No. 4434
Secured

Washington Mutual Bank, FA
555 Dividend Drive, Suite 150 3545CCTX
Coppell, TX 75019

Bank of the West
A Construction Finance
3000 Oak Road, Suite 400
Walnut Creek, CA 94597

Counsel to Bank of the West
James A. Tiemstra
Law Offices of James A. Tiemstra
Tribune Tower, 15th Floor
409 Thirteenth Street
Oakland, CA 94612

Bank of the West
J. Michael Shepherd, President, CEO,
And Director
180 Montgomery Street
San Francisco, CA 94104

Picerne
1420 East Missouri Avenue, Ste. 100
Phoenix, AZ 85014

Counsel for Picerne
Meredith A. Jones/Scott Hennigh
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

American Automatic Fire Protection
2525 Q Street
Rio Linda, CA 95673

BSI Building Products
4111 Greenbriar, Suite E
Stafford, TX 77477

Contractors Door & Millwork
3141 W. Lewis Avenue
Phoenix, AZ 85009

CVF
P.O. Box 452
Escalon, CA 95320-0452

Day Tile & Stone
6705 Eakridge Way
Elk Grove, CA 95758

Easy Lift Door Company
2871 Howe Avenue
Sacramento, CA 95821

Front Range Drywall
12061 Pennsylvania Street, Unit A-106
Thornton, CO 80241

Hemington Landscape Services
4170 Business Drive
Cameron Park, CA 95682

Mitchell Concrete
3185 Fitzgerald Road
Rancho Cordova, CA 95742

Ridge Electric
3190 Central Avenue
Roseville, CA 95747

R.W. Stucco, Inc.
2570 Marko Street
Las Vegas, NV 89115

Sacramento Building
500 Sequoia Pacific Blvd.
Sacramento, CA 95814

Teichert
P.O. Box 13557
Sacramento, CA 95853-9935

## File a Motion:

2:09-bk-29228-ER Castellino Villas, a K.F. LLC

Type: bk                Chapter: 11 v              Office: 2 (Los Angeles)
Assets: y               Judge: ER                 Case Flag: PlnDue, DsclsDue,
                                                  Incomplete

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Ron Bender entered on 8/6/2009 at 5:54 PM PDT and filed
on 8/6/2009
**Case Name:**       Castellino Villas, a K.F. LLC
**Case Number:**     2:09-bk-29228-ER
**Document Number:** 21

**Docket Text:**
Application to Employ Levene, Neale, Bender, Rankin & Brill L.L.P. as Bankruptcy Counsel
*Application Of Debtor And Debtor In Possession To Employ Levene, Neale, Bender, Rankin & Brill
L.L.P. As Bankruptcy Counsel Pursuant To 11 U.S.C. Sections 327 AND 330; Declaration Of Ron
Bender, Esq. In Support Thereof with Exhibits A and B and Proof of Service* Filed by Debtor Castellino
Villas, a K.F. LLC (Bender, Ron)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Castellino - LNBRB Emp App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/6/2009] [FileNumber=27306858-0
] [65e8fdc331ccafd3395b7ee3ed3eb3e97ec5d6882772a7255abc678659239a97915
d5cd500459db91f95d99e44d706880fb47f90a6dffb444921afb2a56452df]]

**2:09-bk-29228-ER Notice will be electronically mailed to:**

Ron Bender on behalf of Debtor Castellino Villas, a K.F. LLC
rb@lnbrb.com

Richard W Brunette on behalf of Creditor Picerne Construction Corp. dba Camelback
rbrunette@sheppardmullin.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Krikor J Meshefejian on behalf of Debtor Castellino Villas, a K.F. LLC

kjm@lnbrb.com

James A Tiemstra on behalf of Creditor Bank of the West
jat@tiemlaw.com, sml@tiemlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:09-bk-29228-ER Notice will not be electronically mailed to:**

EXHIBIT "2"

1  RON BENDER (SBN 143364)
   TODD M. ARNOLD (SBN 221868)
2  KRIKOR J. MESHEFEJIAN (SBN 255030)
3  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone: (310) 229-1234
5  Facsimile: (310) 229-1244
6  Email: rb@lnbrb.com, tma@lnbrb.com; kjm@lnbrb.com

7  Proposed Counsel for Debtor and Debtor in Possession

8
                    **UNITED STATES BANKRUPTCY COURT**
9
                     **CENTRAL DISTRICT OF CALIFORNIA**
10
                          **LOS ANGELES DIVISION**
11

12

13  In re:                                ) Case No. 2:09-bk-29228-ER
                                          )
14                                        ) Chapter 11
    CASTELLINO VILLAS, A K.F. LLC,        )
15  a California limited liability company, )
                                          )
16                                        ) **NOTICE   OF   APPLICATION   OF**
              Debtor and Debtor in Possession. ) **DEBTOR   AND   DEBTOR   IN**
17                                        ) **POSSESSION TO EMPLOY LEVENE,**
18                                        ) **NEALE, BENDER, RANKIN & BRILL**
                                          ) **L.L.P. AS BANKRUPTCY COUNSEL**
19                                        ) **PURSUANT TO 11 U.S.C. §§ 327 AND 330**
                                          )
20                                        )
                                          ) [No Hearing Required – Local Bankruptcy
21                                        ) Rule 2014-1(b)]
                                          )
22                                        )
                                          )
23                                        )
                                          )
24                                        )
                                          )
25                                        )
                                          )
26                                        )
                                          )
27  _____ )

28
                                            EXHIBIT 2

**TO THE UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE TWENTY LARGEST UNSECURED CREDITORS, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that Castellino Villas, a K.F. LLC, a California limited liability company, Chapter 11 debtor and debtor in possession herein (the "Debtor"), has filed an application (the "Application") for Court approval of its employment of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB") as its bankruptcy counsel, effective as of July 24, 2009 (the "Petition Date"), to represent the Debtor in connection with its bankruptcy case upon the terms and conditions set forth in the Application. LNBRB will bill its time for its representation of the Debtor on an hourly basis in accordance with LNBRB's standard hourly billing rates, and will seek reimbursement of expenses in accordance with the rates set forth in the guidelines promulgated by the Office of the United States Trustee ("OUST"). The Debtor expects that Ron Bender, Todd M. Arnold, and Krikor J. Meshefejian will be primarily responsible for representing the Debtor. The current hourly billing rates for the foregoing attorneys are $575, $425, and $295, respectively.

During the one-year period prior to its Chapter 11 filing, the Debtor paid the total sum of $100,000 (the "Retainer") to LNBRB for legal services in contemplation of and in connection with the Debtor's Chapter 11 case, exclusive of the Debtor's $1,039 Chapter 11 bankruptcy filing fee. The Debtor advised LNBRB that the source of the Retainer was the Debtor's funds which the Debtor obtained from a loan from Mr. Kopple or an affiliate of his. LNBRB has not been paid any money by the Debtor at any time other than the Retainer. LNBRB has not received any lien or other interest in property of the Debtor or of a third party to secure payment of LNBRB's fees or expenses. The unused portion of the Retainer remaining

at the time of the Debtor's bankruptcy filing is an advanced fee payment retainer which will be maintained in a segregated trust account. By the Application, LNBRB requests Court authority to draw down against the remaining Retainer on a post-petition basis for all fees and expenses incurred during the Debtor's Chapter 11 case. In addition to the Retainer, LNBRB will seek Court authority to be paid from the Debtor's estate for any and all fees incurred and expenses advanced by LNBRB in excess of the Retainer. LNBRB recognizes that the payment of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

The Application is based on this Notice, the Application and all pleadings filed in support of the Application, the entire record of this case, the statements, arguments and representations of counsel to be made at the hearing on the Application, if any, and any other evidence properly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application must be made in writing to Levene, Neale, Bender, Rankin & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067, Attention: Ron Bender, Telephone No. (310) 229-1234, Facsimile No. (310) 229-1244.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3), any party asserting an objection to the Application and/or wishing to request a hearing thereon, must, not later than fifteen (15) days from the date of service of this Notice, file a written objection or request for hearing with the Clerk of the Bankruptcy Court in the form required by Local Bankruptcy Rule 9013-1(f)(1), and serve such objection or request for hearing on the OUST as well as proposed counsel for the Debtor whose name and address appear at the top, left-hand corner of the first page of this Notice.

3

1    **PLEASE TAKE FURTHER NOTICE** that failure to file and serve an objection or

2    request for hearing within this fifteen (15) day period may be deemed by the Court to be

3    consent to the relief requested herein.

4

5    Dated: August 5, 2009                    LEVENE, NEALE, BENDER, RANKIN
                                             & BRILL L.L.P.

6

7                                            By:___/s/ Todd M. Arnold_____
                                                 RON BENDER
8                                                TODD M. ARNOLD
                                                 KRIKOR J. MESHEFEJIAN
9                                                LEVENE, NEALE, BENDER, RANKIN
                                                 & BRILL L.L.P.
10                                               Proposed Attorneys for Debtor and
11                                               Debtor in Possession

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re: | CHAPTER 11 |
| CASTELLINO VILLAS, A K.F LLC, | CASE NUMBER 2:09-bk-29228-ER |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 330 with Proof of Service** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 6, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Ron Bender    rb@lnbrb.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Dare Law    dare.law@usdoj.gov
- Krikor J Meshefejian    kjm@lnbrb.com
- James A Tiemstra    jat@tiemlaw.com, sml@tiemlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On August 6, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**All the Attached Service Lists Were Served by U.S. Mail**

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 6, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Via Personal Attorney Service
The Hon. Ernest M. Robles
United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

☐  Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                     F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| CASTELLINO VILLAS, A K.F LLC, Debtor(s). | CASE NUMBER 2:09-bk-29228-ER |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 6, 2009 | Lourdes Cruz | /s/ Lourdes Cruz |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 9013-3.1

Castellino Villas, a K.F. LLC
File No. 4434
RSN

Castellino Villas, a K.F. LLC
11340 Olympic Blvd., #210
Los Angeles, CA 90064

Dare Law
U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Counsel to Bank of the West
James A. Tiemstra/Lisa Lenherr
Law Offices of James A. Tiemstra
Tribune Tower
409 Thirteenth Street, 15th Floor
Oakland, CA 94612

Counsel for Picerne
Meredith A. Jones/Scott Hennigh
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

Castellino Villas, a K.F. LLC
File No. 4434
Secured

Washington Mutual Bank, FA
555 Dividend Drive, Suite 150 3545CCTX
Coppell, TX 75019

Bank of the West
A Construction Finance
3000 Oak Road, Suite 400
Walnut Creek, CA 94597

Counsel to Bank of the West
James A. Tiemstra
Law Offices of James A. Tiemstra
Tribune Tower, 15th Floor
409 Thirteenth Street
Oakland, CA  94612

Bank of the West
J. Michael Shepherd, President, CEO,
And Director
180 Montgomery Street
San Francisco, CA 94104

Picerne
1420 East Missouri Avenue, Ste. 100
Phoenix, AZ 85014

Counsel for Picerne
Meredith A. Jones/Scott Hennigh
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

American Automatic Fire Protection
2525 Q Street
Rio Linda, CA 95673

BSI Building Products
4111 Greenbriar, Suite E
Stafford, TX 77477

Contractors Door & Millwork
3141 W. Lewis Avenue
Phoenix, AZ 85009

CVF
P.O. Box 452
Escalon, CA 95320-0452

Day Tile & Stone
6705 Eakridge Way
Elk Grove, CA 95758

Easy Lift Door Company
2871 Howe Avenue
Sacramento, CA 95821

Front Range Drywall
12061 Pennsylvania Street, Unit A-106
Thornton, CO 80241

Hemington Landscape Services
4170 Business Drive
Cameron Park, CA 95682

Mitchell Concrete
3185 Fitzgerald Road
Rancho Cordova, CA 95742

Ridge Electric
3190 Central Avenue
Roseville, CA 95747

R.W. Stucco, Inc.
2570 Marko Street
Las Vegas, NV 89115

Sacramento Building
500 Sequoia Pacific Blvd.
Sacramento, CA 95814

Teichert
P.O. Box 13557
Sacramento, CA 95853-9935

Castellino Villas, a K.F. LLC
File No. 4434
20 Largest

Castellino Villas, a K.F. LLC
11340 Olympic Blvd., #210
Los Angeles, CA 90064

Dare Law
U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Alhambra & Sierra Springs
P.O. Box 660579
Dallas, TX 75266

Audio Images
735 Bryan Street
San Francisco, CA 94107

Balloons Galore
9795 Business Park Drive, Suite C
Sacramento, CA 95827

Bell Rosenberg & Hughes LLP
1300 Clay Street, Suite 1000
Oakland, CA 94612

C&R Landscape
P.O. Box 776
Rocklin, CA 95677

Chip Pest Control
P.O. Box 7634
Citrus Heights, CA 95621

Everclear Pool Service
P.O. Box 277532
Sacramento, CA 95827

Excell Carpet Care
5325 Elkhorn Blvd., Suite 635
Sacramento, CA 95842

For Rent Magazine
75 Remittance Drive, #1705
Chicago, IL 60675

General Cleaning
5531 Jerry Litell Way
Sacramento, CA 95835

Harris, Rosales & Harris
818 Main St., #E
Pleasanton, CA 94566

Light Bulbs Plus
2689 Citrus Road, #C
Rancho Cordova, CA 95742

Norcal Direct Marketing
2222 Francisco Drive # 510-348
El Dorado Hills, CA 95762

On-Site Com, Inc.
2465 Latham Street, Suite 301
Mountain View, CA 94040

Otis Spunkmeyer
7090 Collection Center Drive
Chicago, IL 60693

Picerne
1420 East Missouri Avenue, Ste. 100
Phoenix, AZ 85014

Counsel for Picerne
Meredith A. Jones/Scott Hennigh
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

SIA Security Services
924 Enterprise Dr.
Sacramento, CA 95825

Staples Business Advantage
P.O. Box 689020
Des Moines, IA 50368

## File a Notice:

2:09-bk-29228-ER Castellino Villas, a K.F. LLC

Type: bk                    Chapter: 11 v              Office: 2 (Los Angeles)

Assets: y                   Judge: ER                  Case Flag: PlnDue, DsclsDue,
                                                       Incomplete

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Todd M Arnold entered on 8/6/2009 at 6:12 PM PDT and
filed on 8/6/2009

**Case Name:**          Castellino Villas, a K.F. LLC
**Case Number:**        2:09-bk-29228-ER
**Document Number:** 22

**Docket Text:**
Notice of motion/application *Notice Of Application Of Debtor And Debtor In Possession To Employ
Levene, Neale, Bender, Rankin & Brill L.L.P. As Bankruptcy Counsel Pursuant To 11 U.S.C. Sections
327 And 330 with Proof of Service* Filed by Debtor Castellino Villas, a K.F. LLC (RE: related
document(s)[21] Application to Employ Levene, Neale, Bender, Rankin & Brill L.L.P. as Bankruptcy
Counsel *Application Of Debtor And Debtor In Possession To Employ Levene, Neale, Bender, Rankin &
Brill L.L.P. As Bankruptcy Counsel Pursuant To 11 U.S.C. Sections 327 AND 330; Declaration Of Ron
Bender, Esq. In Support Thereof with Exhibits A and B and Proof of Service* Filed by Debtor Castellino
Villas, a K.F. LLC). (Arnold, Todd)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Castellino - Ntc LNBRB Emp App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/6/2009] [FileNumber=27307204-0
] [2d66f57c43010ee2c9f79378c36b7ee3e9a2a1f7341b94d128eb0c4442bf19df260
5f3221d747d9a497e790be028de612680a079c846cb50bf0e8c3ee5f86b5f]]

**2:09-bk-29228-ER Notice will be electronically mailed to:**

Todd M Arnold on behalf of Debtor Castellino Villas, a K.F. LLC
tma@lnbrb.com

Ron Bender on behalf of Debtor Castellino Villas, a K.F. LLC
rb@lnbrb.com

Richard W Brunette on behalf of Creditor Picerne Construction Corp. dba Camelback

rbrunette@sheppardmullin.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Krikor J Meshefejian on behalf of Debtor Castellino Villas, a K.F. LLC
kjm@lnbrb.com

James A Tiemstra on behalf of Creditor Bank of the West
jat@tiemlaw.com, sml@tiemlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:09-bk-29228-ER Notice will not be electronically mailed to:**