| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Sheppard, Mullin, Richter & Hampton LLP<br>Richard Brunette, Cal. Bar No. 81621<br>Scott E. Hennigh, Cal. Bar No. 184413<br>Meredith Jones-McKeown, Cal. Bar No. 233301<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Picerne Construction Corp. | **FILED & ENTERED**<br><br>**OCT 07 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** walter    **DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **CHANGES MADE BY COURT** |
| In re:<br><br>    CASTELLINO VILLAS, a K.F. LLC<br><br><br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:09-bk-29228-ER<br><br>DATE: Sept. 21, 2009<br>TIME: 10:00 a.m.<br>CTRM: 1568<br>FLOOR: |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
### (MOVANT:  Picerne Construction Corp.                    )

1. The Motion was:  ☒ Contested    ☐ Uncontested    ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name # 1:  Picerne Construction Corp. v. Campbell Corners Limited Partnership I; Castellino Villas, a K.F. LLC

    Docket number:  34-2009-00045395

    Court or agency where pending:  Sacramento Superior Court, State of California

    Case name # 2:  Picerne Construction Corp. v. Castellino Villas, a K.F. LLC; Does 1 - 50

    Docket number:  06-AS-05561

    Court or agency where pending:  Sacramento Superior Court, State of California

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:**  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
   a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
   b. ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

*(Continued on next page)*

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* __7__

| In re    (SHORT TITLE)<br>CASTELLINO VILLAS, A K.F. LLC,                  Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:09-bk-29228-ER |
|---|---|

7. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.

   d. ☐ See attached continuation page for additional provisions.

   e. ☒ The stay is lifted to the extent necessary to allow the parties to obtain a final judgment (including any appeals) in the underlying state court actions. The stay remains in effect with respect to enforcement of any judgment against the Debtor or estate property.

The relief from stay granted herein is without prejudice to the rights of a party to interest to remove the litigation to the Bankruptcy Court and is without prejudice to the rights of a party in interest to seek to have any such removed litigation remanded back to its original venue.

###

DATED: October 7, 2009

_____
United States Bankruptcy Judge

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of* __7__

| In re     (SHORT TITLE)<br>CASTELLINO VILLAS, A K.F. LLC,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:09-bk-29228-ER |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, 43rd Floor
Los Angeles, CA  90071-1422

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 24, 2009. I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

James Tiemstra, Attorney for Bank of the West:  jat@timelaw.com
Ron Bender, Attorney for Debtor:  rb@lnbrb.com
United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov
Dare Law, Attorney for United State Trustee (LA):  dare.law@usdoj.gov
Krikor J. Meshefejian on behalf of Debtor Castellino Villas, a K.F. LLC:  kjm@lnbrb.com
Mary E. Olden on behalf of Creditor A. Teichert & Son, Inc. dba Teichert Construction:  molden@mhalaw.com, akauba@mhalaw.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 24, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor (by U.S. Mail):<br>Castellino Villas, a K.F. LLC<br>11340 Olympic Blvd., #210<br>Los Angeles, CA  90064 | U.S. Trustee<br>Ernst & Young Plaza<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA  90017 |
|---|---|
| Judge Ernest M. Robles<br>U.S. Bankruptcy Court<br>255 E. Temple St., Suite 1560<br>Los Angeles, CA  90012<br>(by Overnight Mail) | |

☐ Service information continued on attached page

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of* __7__

| In re    (SHORT TITLE)<br>CASTELLINO VILLAS, A K.F. LLC,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:09-bk-29228-ER |
|---|---|

| Debtor (by U.S. Mail):<br>Castellino Villas, a K.F. LLC<br>11340 Olympic Blvd., #210<br>Los Angeles, CA  90064 | U.S. Trustee<br>Ernst & Young Plaza<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA  90017 |
|---|---|
| Alhambra & Sierra Springs<br>P.O. Box 660579<br>Dallas, TX  75266 | Audio Images<br>735 Bryan Street<br>San Francisco, CA  94107 |
| Balloons Galore<br>9795 Business Park Drive, Suite C<br>Sacramento, CA  95827 | Bell Rosenberg & Hughes LLP<br>1300 Clay Street, Suite 1000<br>Oakland, CA  94612 |
| C&R Landscape<br>P.O. Box 776<br>Rocklin, CA  95677 | Chip Pest Control<br>P.O. Box 7634<br>Citrus Heights, CA  95621 |
| Everclear Pool Service<br>P.O. Box 277532<br>Sacramento, CA  95827 | Excell Carpet Care<br>5325 Elkhorn Blvd., Suite 635<br>Sacramento, CA  95842 |
| For Rent Magazine<br>75 Remittance Drive, #1705<br>Chicago, IL  60675 | General Cleaning<br>5531 Jerry Litell Way<br>Sacramento, CA  95835 |
| Harris, Rosales & Harris<br>818 Main St., #E<br>Pleasanton, CA  94566 | Light Bulbs Plus<br>2689 Citrus Road, #C<br>Rancho Cordova, CA  95742 |
| Noreal Direct Marketing<br>2222 Francisco Drive #510-348<br>El Dorado Hills, CA  95762 | On-Site Com, Inc.<br>2465 Latham Street, Suite 301<br>Mountain View, CA  94040 |
| Otis Spunkmeyer<br>7090 Collection Center Drive<br>Chicago, IL  60693 | PG&E<br>Attn:  Bankruptcy Unit/P. Hazen<br>P.O. Box 8329<br>Stockton, CA  95208 |
| Staples Business Advantage<br>P.O. Box 689020<br>Des Moines, IA  50368 | SIA Security Services<br>924 Enterprise Drive<br>Sacramento, CA  95825 |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 24, 2009 | Virginia La Monica | */s/ Virginia La Monica* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

W02-WEST:LAB\402243673.1                          -4-

| In re    (SHORT TITLE) CASTELLINO VILLAS, A K.F. LLC, | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:09-bk-29228-ER |

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 6 of* __7__

| In re    (SHORT TITLE)<br>CASTELLINO VILLAS, A K.F. LLC,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:09-bk-29228-ER |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 24, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Todd M Arnold   tma@lnbrb.com
- Ron Bender   rb@lnbrb.com
- Richard W Brunette   rbrunette@sheppardmullin.com
- Dare Law   dare.law@usdoj.gov
- Krikor J Meshefejian   kjm@lnbrb.com
- Mary E Olden   molden@mhalaw.com, akauba@mhalaw.com
- James A Tiemstra   jat@tiemlaw.com, sml@tiemlaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

| Debtor (by U.S. Mail):<br>Castellino Villas, a K.F. LLC<br>11340 Olympic Blvd., #210<br>Los Angeles, CA  90064 | U.S. Trustee<br>Ernst & Young Plaza<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA  90017 |
|---|---|
| Alhambra & Sierra Springs<br>P.O. Box 660579<br>Dallas, TX  75266 | Audio Images<br>735 Bryan Street<br>San Francisco, CA  94107 |

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 7 of  7 *

| In re    (SHORT TITLE)<br>CASTELLINO VILLAS, A K.F. LLC,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:09-bk-29228-ER |
|---|---|

| | |
|---|---|
| Balloons Galore<br>9795 Business Park Drive, Suite C<br>Sacramento, CA  95827 | Bell Rosenberg & Hughes LLP<br>1300 Clay Street, Suite 1000<br>Oakland, CA  94612 |
| C&R Landscape<br>P.O. Box 776<br>Rocklin, CA  95677 | Chip Pest Control<br>P.O. Box 7634<br>Citrus Heights, CA  95621 |
| Everclear Pool Service<br>P.O. Box 277532<br>Sacramento, CA  95827 | Exeell Carpet Care<br>5325 Elkhorn Blvd., Suite 635<br>Sacramento, CA  95842 |
| For Rent Magazine<br>75 Remittance Drive, #1705<br>Chicago, IL  60675 | General Cleaning<br>5531 Jerry Litell Way<br>Sacramento, CA  95835 |
| Harris, Rosales & Harris<br>818 Main St., #E<br>Pleasanton, CA  94566 | Light Bulbs Plus<br>2689 Citrus Road, #C<br>Rancho Cordova, CA  95742 |
| Noreal Direct Marketing<br>2222 Francisco Drive #510-348<br>El Dorado Hills, CA  95762 | On-Site Com, Inc.<br>2465 Latham Street, Suite 301<br>Mountain View, CA  94040 |
| Otis Spunkmeyer<br>7090 Collection Center Drive<br>Chicago, IL  60693 | PG&E<br>Attn:  Bankruptcy Unit/P. Hazen<br>P.O. Box 8329<br>Stockton, CA  95208 |
| Staples Business Advantage<br>P.O. Box 689020<br>Des Moines, IA  50368 | SIA Security Services<br>924 Enterprise Drive<br>Sacramento, CA  95825 |

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):