1  RON BENDER (SBN 143364)
   KRIKOR J. MESHEFEJIAN (SBN 255030)
2  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, California 90067
   Telephone:  (310) 229-1234
4  Facsimile:  (310) 229-1244
   Email:  rb@lnbrb.com; kjm@lnbrb.com
5

6  Counsel for Chapter 11 Debtor and Debtor in Possession

FILED & ENTERED

MAR 03 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:09-bk-29228-ER |
| CASTELLINO VILLAS, A K.F. LLC, a California limited liability company, | Chapter 11 |
| Debtor. | **ORDER APPROVING DISCLOSURE STATEMENT DESCRIBING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION (DATED JANUARY 8, 2010)** |
| | Disclosure Statement Hearing: Date:   January 28, 2010 Time:  10:00 a.m. |
| | Plan Confirmation Hearing: Date:   April 14, 2010 Time:  10:00 a.m. |
| | Place:   Courtroom 1568 255 East Temple Street Los Angeles, CA 90012 |

A continued hearing was held on January 28, 2010 at 10:00 a.m. for the Court to consider approval of the "Disclosure Statement Describing Debtor's First Amended Plan Of Reorganization (Dated January 8, 2010)" (the "Disclosure Statement") proposed by Castellino Villas, a K.F. LLC, a California limited liability company, the Debtor and Debtor in Possession in the above-referenced Chapter 11 bankruptcy case (the "Debtor"). Appearances were made as set forth on the Court's record.

Upon consideration of the Disclosure Statement, the objections filed to the Disclosure Statement and the responses filed to those objections, and the statements, arguments and representations of the parties made at the hearing thereon, and the Court concluding that the Disclosure Statement contains "adequate information" within the meaning of Section 1125 of the Bankruptcy Code, and other good cause appearing,

IT IS HEREBY ORDERED that the Disclosure Statement is hereby found to contain "adequate information" as required by 11 U.S.C. § 1125 and is therefore approved;

IT IS HEREBY FURTHER ORDERED that, by February 26, 2010, the Debtor shall disseminate to all creditors, equity holders and the United States Trustee the following: (i) a copy of: the Disclosure Statement and the First Amended Plan of Reorganization (the "Plan"); (ii) a ballot for creditors to use to vote on the Plan; and (iii) a notice advising them of the various deadlines relating to the Plan, voting and confirmation;

IT IS HEREBY FURTHER ORDERED that to be counted for purposes of Plan confirmation, ballots accepting or rejecting the Plan must be received by counsel to the Debtor by not later than 5:00 p.m. Pacific Standard Time on March 28, 2010;

IT IS HEREBY FURTHER ORDERED that any brief in support of Plan confirmation must be filed with the Court on or before March 31, 2010;

IT IS HEREBY FURTHER ORDERED that any opposition to Plan confirmation must be filed with the Court on or before April 7 , 2010 with same day service upon counsel to the Debtor;

IT IS HEREBY FURTHER ORDERED that any replies to any oppositions to Plan confirmation must be filed with the Court on or before April 12, 2010 with same day service upon counsel to the opposing parties; and

IT IS HEREBY FURTHER ORDERED that the initial hearing for the Court to consider confirmation of the Plan and (to the extent disputed) the fair market value of the property owned by the Debtor will commence on April 14, 2010, at 10:00 a.m., and be continued from time to time as the Court deems necessary and appropriate.

IT IS SO ORDERED.

<p align="center">###</p>

DATED: March 3, 2010

_____
United States Bankruptcy Judge

| In re:<br>CASTELLINO VILLAS, A K.F LLC, | CHAPTER   11 |
|---|---|
| Debtor(s). | CASE NUMBER   2:09-bk-29228-ER |

<div align="center">

**PROOF OF SERVICE OF DOCUMENT**

</div>

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described

**ORDER APPROVING DISCLOSURE STATEMENT DESCRIBING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION (DATED JANUARY 8, 2010)**

will be or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On-----------------, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II.  <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**</u>(indicate method for each person or entity served)**:**
On **February 25, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

<div align="center">

*By U.S. mail:*

**Counsel to Bank of the West**
James A. Tiemstra/Lisa Lenherr
Law Offices of James A. Tiemstra
Tribune Tower
409 Thirteenth Street, 15th Floor
Oakland, CA  94612

**Counsel for A Teichert & Son**
Mary E. Olden Esq
McDonough, Holland & Allen PC
500 Capitol Mall, 18th Floor
Sacramento, CA 95814

**Counsel for Picerne**
Scott Hennigh / Ori Katz
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

</div>

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 25, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**By attorney service:**
**The Hon. Ernest M. Robles**
**United States Bankruptcy Court**
**255 East Temple Street**
**Los Angeles, CA 90012**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 25, 2010 | Marguerite Hardin | /s/ Marguerite Hardin |
|---|---|---|

| In re:<br>CASTELLINO VILLAS, A K.F LLC,<br><div align="right">Debtor(s).</div> | CHAPTER  11 |
|---|---|
| | CASE NUMBER  2:09-bk-29228-ER |

<div align="center">

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

</div>

Notice is given by the court that a judgment or order

**ORDER APPROVING DISCLOSURE STATEMENT DESCRIBING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION (DATED JANUARY 8, 2010)**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 25, 2010 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Todd M Arnold    tma@lnbrb.com
- Ron Bender    rb@lnbrb.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Ori Katz    okatz@sheppardmullin.com
- Dare Law    dare.law@usdoj.gov
- Krikor J Meshefejian    kjm@lnbrb.com
- Mary E Olden    molden@mhalaw.com, akauba@mhalaw.com
- Robert K Sahyan    rsahyan@sheppardmullin.com
- James A Tiemstra    jat@tiemlaw.com, sml@tiemlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**