RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbrb.com; kjm@lnbrb.com

Counsel for Chapter 11 Debtor and Debtor in Possession

**FILED & ENTERED**

**MAY 13 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:09-bk-29228-ER |
| CASTELLINO VILLAS, A K.F. LLC, a California limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER APPROVING APPLICATION BY DEBTOR AND DEBTOR IN POSSESSION FOR ORDER AUTHORIZING RETENTION OF GEORGE SMITH PARTNERS AS INTEREST RATE AND FINANCIAL EXPERT**<br><br>[No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

The Court, having considered the application (the "Application") filed by Castellino Villas, A K.F. LLC, Chapter 11 debtor and debtor in possession herein (the "Debtor") to retain George Smith Partners ("GSP") as the Debtor's interest rate and financial expert , the notice of the Application, the declaration in support of the Application and the entire record in this bankruptcy case, no opposition having been filed to the Application, no request for a hearing on the Application having been filed, having found that GSP does not hold or represent any interest adverse to the Debtor or the Debtor's estate, and that GSP's employment is in the best interest of the Debtor's estate, and other good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Debtor's employment of GSP is approved upon the terms and conditions set forth in the Application.

**IT IS SO ORDERED**.

###

DATED: May 13, 2010

_____
United States Bankruptcy Judge

| In re. CASTELLINO VILLAS, A K.F. LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-29228-ER |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described as **ORDER APPROVING APPLICATION BY DEBTOR AND DEBTOR IN POSSESSION FOR ORDER AUTHORIZING RETENTION OF GEORGE SMITH PARTNERS AS INTEREST RATE AND FINANCIAL EXPERT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 30, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **April 30, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

None.  ☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 30, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*
.
**VIA ATTORNEY MESSENGER DELIVERY**
Hon. Ernest Robles
United States Bankruptcy Court
255 E. Temple Street, Ctrm 1568
Los Angeles, CA 90012  ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 30, 2010 | Angela Antonio | */s/ Angela Antonio* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 9013-3.1**

| In re. CASTELLINO VILLAS, A K.F. LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-29228-ER |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING APPLICATION BY DEBTOR AND DEBTOR IN POSSESSION FOR ORDER AUTHORIZING RETENTION OF GEORGE SMITH PARTNERS AS INTEREST RATE AND FINANCIAL EXPERT** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 30, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* Todd M Arnold    tma@lnbrb.com
* Ron Bender    rb@lnbrb.com
* Richard W Brunette    rbrunette@sheppardmullin.com
* Ori Katz    okatz@sheppardmullin.com
* Dare Law    dare.law@usdoj.gov
* Krikor J Meshefejian    kjm@lnbrb.com
* Mary E Olden    molden@mhalaw.com, akauba@mhalaw.com
* Robert K Sahyan    rsahyan@sheppardmullin.com
* James A Tiemstra    jat@tiemlaw.com, sml@tiemlaw.com
* United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**