RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbrb.com; bry@lnbrb.com; kjm@lnbrb.com

Counsel for Chapter 11 Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:09-bk-29228-ER |
| CASTELLINO VILLAS, A K.F. LLC,<br>a California limited liability company, | Chapter 11 |
| Debtor. | NOTICE TO PROFESSIONALS OF HEARING ON INTERIM APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES |
| | Date:  June 30, 2010<br>Time:  10:00 a.m.<br>Place: Courtroom 1568<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that a hearing will be held on June 30, 2010, at 10:00 a.m., before the Honorable Ernest M. Robles, United States Bankruptcy Judge for the Central District of California, in Courtroom "1568" located at 255 E. Temple Street, Los Angeles, California, for the Court to consider the interim applications for allowance of fees and expenses of the professionals who have been employed in the Chapter 11 bankruptcy case of Castellino Villas, A K.F. LLC, Chapter 11 debtor and debtor in possession herein (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that other professional persons retained pursuant to Court approval may seek approval of interim fees and reimbursement of expenses at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2016-1(a), all applications for interim fees and reimbursement of expenses must contain all information required of interim fee applications under Local Bankruptcy Rule 2016-1(a).

**PLEASE TAKE FURTHER NOTICE** that Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB"), bankruptcy counsel to the Debtor, will be filing and serving a notice (the "Notice") of its interim application for approval of fees and reimbursement of expenses on Wednesday, June 9, 2010. If you wish for LNBRB to include in the Notice the amount of interim fees and expenses that you will be requesting, you must furnish this information to LNBRB, attention Krikor J. Meshefejian, Esq., no later than 12:00 p.m. (noon) on Friday, June 4, 2010. Otherwise, you will be required to file and serve your own notice.

Dated: May 14, 2010                    CASTELLINO VILLAS, a K.F. LLC

                                       By:    */s/ Krikor J. Meshefejian*
                                       RON BENDER
                                       KRIKOR J. MESHEFEJIAN
                                       LEVENE, NEALE, BENDER, RANKIN
                                        & BRILL L.L.P.
                                       Counsel for Chapter 11 Debtor and Debtor in
                                       Possession

| In re: CASTELLINO VILLAS, A K F LLC, Debtor(s). | CHAPTER 11 |
|---|---|
| | CASE NUMBER 2:09-bk-29228-ER |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **NOTICE TO PROFESSIONALS OF HEARING ON INTERIM APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 14, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Todd M Arnold    tma@lnbrb.com
- Ron Bender    rb@lnbrb.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Ori Katz    okatz@sheppardmullin.com
- Dare Law    dare.law@usdoj.gov
- Krikor J Meshefejian    kjm@lnbrb.com
- Mary E Olden    molden@mhalaw.com, akauba@mhalaw.com
- Robert K Sahyan    rsahyan@sheppardmullin.com
- James A Tiemstra    jat@tiemlaw.com, sml@tiemlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 14**, **2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Ernest M. Robles
United States Bankruptcy Court
255 East Temple Street, Cham. 1560
Los Angeles, CA 90012 (by overnight delivery)

☒ Additional Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____**, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here*

3

*constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 14, 2010 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                       **F 9013-3.1**

**Service To Professionals By U.S. Mail And E-Mail**

1. Dan W. Delaney, CPA
   15760 Ventura Blvd., #2026
   Encino, California 91436
   dandelaneycpa@aol.com

2. Harris, Rosales & Harris
   Scott M. Harris, Esq.
   351 Saint Mary St
   Pleasanton, CA 94566
   scottharrislaw@sbcglobal.net

3. Howard Rice Nemerovsky Canady Falk & Rabkin
   Jerome B. Falk, Jr., Esq.
   Three Embarcadero Center
   Seventh Floor
   San Francisco, CA 94111
   jfalk@howardrice.com

4. FirstService PGP Valuations
   Robert Steed
   Robin Detling
   3000 Lava Ridge Court, Suite 220
   Roseville, CA 95661
   bob.steed@firstservicepgp.com
   rob.detling@firstservicepgp.com

5. George Smith Partners
   David Rifkind
   10250 Constellation Blvd., Suite 2700
   Los Angeles, CA 90067
   drifkind@gsppartners.com