1    TOM LALLAS (SBN 66512)
     JOHN P. MERTENS (SBN 252762)
2    LEVY, SMALL & LALLAS
     A Partnership Including Professional Corporations
3    815 Moraga Drive
     Los Angeles, California  90049
4    Telephone: (310) 471-3000
     Facsimile:  (310) 471-7990
5

6    Proposed Special Counsel for Debtor
     CASTELLINO VILLAS, a K.F. LLC
7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   *In re*                                    Case No.  2:09-bk-29228-ER

12                                              Chapter 11
13   CASTELLINO VILLAS, A K.F. LLC,
     a California limited liability company,    **NOTICE OF APPLICATION AND**
14                                              **APPLICATION FOR ORDER**
                        Debtor.                 **AUTHORIZING EMPLOYMENT**
15                                              **OF SPECIAL COUNSEL TO**
                                                **DEFEND AND PURSUE CLAIMS**
16                                              **RELATING TO CONSTRUCTION**
                                                **AND MECHANIC'S LIENS**
17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE**

**PLEASE TAKE NOTICE** that debtor Castellino Villas, a K.F., LLC ("Debtor"), hereby submits its Application for Order Authorizing Employment of Special Counsel to Defend and Pursue Claims Relating to Construction and Mechanic's Liens ("Application"), pursuant to 11 U.S.C. ("Bankruptcy Code") section 327(a) and (c), Federal Rule of Bankruptcy Procedure ("FRBP") 2014(a) and Local Bankruptcy Rule ("LBR") 2014-1(b), as follows:

1.      The Debtor seeks to employ the law firm of Levy, Small & Lallas, A Partnership Including Corporations ("LSL"), for the purpose of: i) representing Debtor in the action entitled Picerne Construction Corp. v. Castellino Villas, a K.F. LLC, pending in the Superior Court of California, County of Sacramento, Case No. 06AS05561; ii) representing Debtor in the action entitled A. Teichert and Son, Inc., et. al. v. Picerne Construction Corp., et. al., pending in the Superior Court of California, County of Sacramento, Case No. 07AS00433; and iii) representing Debtor in the adversary proceeding entitled Campbell Corners Limited Partnership et. al. v. Evanston Insurance Company, et. al., pending in the United States Bankruptcy Court for the Central District of California, Case No. 2:10-ap-01064-ER

2.      LSL will not seek compensation from the Debtor pursuant to either Bankruptcy Code section 328 or 330.

3.      A copy of the Application is available from Mr. John P. Mertens, at the above-captioned address and phone number.

///
///

**PLEASE TAKE FURTHER NOTICE** that pursuant to LBR 9013-1(o)(1), this Application may be determined upon notice of opportunity to request a hearing. LBR 9013-1(o)(1) requires that any response and request for hearing, in the form required by LBR 9013-1(f)(1), must be filed with the Court and served on the applicant and the United States Trustee with fourteen (14) days after the date of service of this Notice. The Court may treat any failure to file such a response and request for hearing as a waiver of the right to oppose this Application and may grant the requested relief.

DATED:  May 14, 2010

LEVY, SMALL & LALLAS
A Partnership Including Professional
Corporations

By:_____
        JOHN P. MERTENS
Proposed Special Counsel for Debtor
CASTELLINO VILLAS, A K.F. LLC

# APPLICATION

## I.     BACKGROUND

There is currently pending in the Superior Court of the State of California for the County of Sacramento an action brought by Picerne Construction Corp. ("Picerne") against Castellino Villas, a K.F. LLC ("Debtor") entitled Picerne Construction Corp. v. Castellino Villas, a K.F. LLC and docketed as Case Number 06AS05561 ("Picerne Case"). The Picerne Case arises out of various claims made by Picerne relating to a construction contract, and Picerne seeks to enforce its claims by foreclosure of a mechanic's lien.

There is also currently pending in the Superior Court of the State of California for the County of Sacramento an action brought by A. Teichert & Son, Inc. against Picerne, in which Debtor is a named defendant, entitled A. Teichert and Son, Inc., et. al. v. Picerne Construction Corp., et. al. and docketed as Case Number 07AS00433 ("Teichert Case"), and also arising out of claims under the same construction contract as in the Picerne Case.

There is also currently pending as an adversary proceeding under the above-captioned bankruptcy case, an action brought by the Debtor against Evanston Insurance Company, entitled Campbell Corners Limited Partnership et. al. v. Evanston Insurance Company, et. al. and docketed as Case Number 2:10-ap-01064-ER ("Evanston Case" and together with the Picerne Case and the Teichert Case, the "Non-Bankruptcy Cases"), which arises out of claims for damage during the construction which is the subject of the Picerne Case and the Teichert Case.

Debtor is presently represented in the above-captioned bankruptcy, as well as the Picerne Case, the Teichert Case and the Evanston Case by bankruptcy counsel, and wishes to employ the law firm of Levy, Small & Lallas, A Partnership Including Professional Corporations ("LSL") as special counsel to represent Debtor in the Non-Bankruptcy Cases.

1    LSL is not a creditor, equity security holder, or an insider of Debtor, and

2   represents that the only connection it has with Debtor, its principals or its creditors

3   is as Robert Kopple's attorneys. [Declaration of Tom Lallas ("Lallas Decl."), ¶ 2.]

4   LSL further represents that it has no connection of which it is aware with any other

5   party in interest or their respective attorneys and accountants or any person

6   employed in the Office of the United States Trustee. [Lallas Decl., ¶ 3.]

7    LSL will be paid by Robert Kopple, and will represent the Debtor at no cost

8   to the estate. [Lallas Decl., ¶ 4.]

9   **II.    PROPOSED EMPLOYMENT OF SPECIAL COUNSEL**

10    Pursuant to Bankruptcy Code section 327(a) and (c), FRBP 2014(a) and LBR

11   2014-1(b), the Debtor seeks the Court's authority to employ LSL as special counsel

12   for the purpose of representing Debtor in the Non-Bankruptcy Cases on the terms

13   set forth in the Employment Agreement.

14    The Debtor believes that the retention of LSL to represent it in the Non-

15   Bankruptcy Cases is fair and equitable and in the best interests of the bankruptcy

16   estate. As counsel for Robert Kopple, LSL is familiar with the bankruptcy case, the

17   Non-Bankruptcy Cases, and Debtor's business. The employment of LSL as special

18   counsel will inure to the benefit of the estate and its creditors in that LSL will

19   represent the Debtor at no cost to the estate in the defense of large, allegedly secured

20   claims that threaten recovery by other creditors.

21    The Debtor has attempted to determine whether LSL has any interest adverse

22   to the estate that would interfere with its employment pursuant to the terms of the

23   Stipulation, and has concluded that no such interest exists. Other than the third

24   party claims filed by Robert Kopple as trustee of the EL II Properties Trust, there

25   are no conflicts between Robert Kopple and the Debtor.

26   ///

27   ///

28   ///

1    WHEREFORE, the Debtor respectfully requests that it be authorized, pursuant

2    to Bankruptcy Code section 327(a) and (c), FRBP 2014(a) and LBR 2014-1(b), to

3    employ LSL on the terms set forth above.

4

5    DATED:  May 14, 2010                    LEVY, SMALL & LALLAS
                                             A Partnership Including Professional
6                                            Corporations

7

8                                            By:_____

9                                                 JOHN P. MERTENS
                                             Proposed Special Counsel for Debtor
10                                           CASTELLINO VILLAS, A K.F. LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF TOM LALLAS

I, Tom Lallas, declare:

1.    I am an attorney at law duly admitted to practice before this Court and all courts of the State of California and, through my professional corporation, am a member of Levy, Small & Lallas, A Partnership Including Professional Corporations ("LSL"), attorneys for Robert Kopple in this bankruptcy case, and proposed special counsel to represent Debtor in certain Non-Bankruptcy Cases pursuant to the foregoing Application.  I have personal, first-hand knowledge of the entire contents of this declaration and, if called upon to do so, would and could competently testify thereto.

2.    LSL is not a creditor, equity security holder, or an insider of Debtor, and the only connection it has with Debtor, its principals or its creditors is as Robert Kopple's attorneys.

3.    I am not aware of any connection between LSL and any other party in interest or their respective attorneys and accountants or any person employed in the Office of the United States Trustee.

4.    LSL will be paid by Robert Kopple, and will represent the Debtor at no cost to the estate.

5.    As an attorney for Robert Kopple, I have gained an intimate knowledge of the history of the dispute between the Debtor on the one hand and Picerne and its subcontractors on the other hand.  This knowledge will allow me to step in quickly and take over these matters for the Debtor.

1   I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct.

3   Executed this 14th day of May, 2010, at Los Angeles, California.

4

5

6   TOM LALLAS

7

8   25073

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re:<br>Castellino Villas, a K.F. LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-29228-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 815 Moraga Drive, Los Angeles, CA 90049-1633

A true and correct copy of the foregoing document described **NOTICE OF APPLICATION AND APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL TO DEFEND AND PURSUE CLAIMS RELATING TO CONSTRUCTION AND MECHANIC'S LIENS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 14, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Mary E. Olden, Esq.                                          molden@mhalaw.com
James A. Tiemstra, Esq.                                      jat@tiemlaw.com
Todd M. Arnold, Esq. (Attorney for Debtor)                   tma@lnbrb.com
Ron Bender, Esq. (Attorney for Debtor)                       rb@lnbrb.com
Krikor J. Meshefejian, Esq. (Attorney for Debtor)            kjm@lnbrb.com
Richard W. Brunette, Esq. (Attorney for Creditor)            rbrunette@sheppardmullin.com
Ori Katz, Esq.                                               okatz@sheppardmullin.com
Robert K. Sahyan                                             rsahyan@sheppardmullin.com
Dare Law (Attorney for U.S. Trustee – L.A.)                  dare.law@usdoj.gov
U.S. Trustee (LA)                                            ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 14, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Derek S. Whitman, Esq. Via (U.S. Mail), 355 S. Grand Avenue, Suite 1200, Los Angeles, CA 90071
Scott Harris, Esq. Via (U.S. Mail): Harris, Rosales & Harris, 351 Saint Mary St., Pleasanton, CA 94566

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 14, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles (Via personal delivery): U.S. Bankruptcy Court, 255 East Temple, Suite 1560, Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 14, 2010 | Heidi Gray | *Heidi Gray* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.