TOM LALLAS (SBN 66512)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049
Telephone:   (310) 471-3000
Facsimile:    (310) 471-7990

Proposed Special Counsel for Debtor
CASTELLINO VILLAS, a K.F. LLC

FILED & ENTERED

JUL 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* | Case No.  2:09-bk-29228-ER |
| CASTELLINO VILLAS, A K.F. LLC, a California limited liability company, | Chapter 11 |
| Debtor. | **ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL TO DEFEND AND PURSUE CLAIMS RELATING TO CONSTRUCTION AND MECHANIC'S LIENS** |
| | [No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

1  The Court, having considered the application ("Application") filed by Castellino

2  Villas, A K.F. LLC, the chapter 11 debtor and debtor in possession herein (the

3  "Debtor") to employ the law firm of Levy, Small & Lallas, a Partnership Including

4  Professional Corporations ("LSL") as the Debtor's special counsel for the purpose

5  of: i) representing Debtor in the action entitled Picerne Construction Corp. v.

6  Castellino Villas, a K.F. LLC, pending in the Superior Court of California, County

7  of Sacramento, Case No. 06AS05561; ii) representing Debtor in the action entitled

8  A. Teichert and Son, Inc., et. al. v. Picerne Construction Corp., et. al., pending in

9  the Superior Court of California, County of Sacramento, Case No. 07AS00433; and

10  iii) representing Debtor in the adversary proceeding entitled Campbell Corners

11  Limited Partnership et. al. v. Evanston Insurance Company, et. al., pending in the

12  United States Bankruptcy Court for the Central District of California, Case No.

13  2:10-ap-01064-ER.

14

15  **IT IS HEREBY ORDERED** that (1) the Application is approved, and (2) the

16  Debtor's employment of LSL as the Debtor's special counsel is approved, effective

17  as of May 14, 2010 in accordance with the terms set forth in the Application.

18

19  **IT IS SO ORDERED.**

20

21

22

23

24

25  DATED: July 22, 2010

_____
United States Bankruptcy Judge

26

27

28

1
2
3
4
5
6
7
8
9
10                                                      ###
11       25191-2
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| In re:<br>Castellino Villas, a K.F. LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:09-bk-29228-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

815 Moraga Drive, Los Angeles, CA  90049-1633

A true and correct copy of the foregoing document described **[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL TO DEFEND AND PURSUE CLAIMS RELATING TO CONSTRUCTION AND MECHANIC'S LIENS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 3, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles (Via personal delivery): U.S. Bankruptcy Court, 255 East Temple, Suite 1560, Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 13, 2010       Heidi Gray | /s/ Heidi Gray |
| *Date*                              *Type Name* | *Signature* |

| In re:<br>  Castellino Villas, a K.F. LLC<br><div align="right">Debtor(s).</div> | CHAPTER  11<br><br>CASE NUMBER 2:09-bk-29228-ER |
| --- | --- |

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL TO DEFEND AND PURSUE CLAIMS RELATING TO CONSTRUCTION AND MECHANIC'S LIENS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>July 13, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee (LA)                                                        ustpregion16.la.ecf@ usdoj.gov
Dare Law (Attorney for U.S. Trustee – L.A.)        dare.law@usdoj.gov
Mary E. Olden, Esq.                                                  molden@mhalaw.com
James A. Tiemstra, Esq.                                           jat@tiemlaw.com
Todd M. Arnold, Esq. (Attorney for Debtor)        tma@lnbrb.com
Ron Bender, Esq. (Attorney for Debtor)               rb@lnbrb.com
Krikor J. Meshefejian, Esq. (Attorney for Debtor)   kjm@lnbrb.com
Richard W. Brunette, Esq. (Attorney for Creditor)   rbrunette@sheppardmullin.com
Ori Katz, Esq.                                                          okatz@sheppardmullin.com
Robert K. Sahyan                                                    rsahyan@sheppardmullin.com

<div align="right">☐ Service information continued on attached page</div>

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

<div align="right">☐ Service information continued on attached page</div>

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Derek S. Whitman, Esq. Via (U.S. Mail), 355 S. Grand Avenue, Suite 1200, Los Angeles, CA 90071
Scott Harris, Esq. Via (U.S. Mail): Harris, Rosales & Harris, 351 Saint Mary St., Pleasanton, CA 94566

<div align="right">☐ Service information continued on attached page</div>